**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JANELLE M. PIERSON,

        Plaintiff,

v.                                     Case No: 6:16-cv-2162-Orl-40MRM

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Complaint (Doc. 1) filed on December 16, 2016, in which she seeks judicial review of the final decision of the Commissioner of Social Security Administration denying her claim for a period of disability, disability insurance benefits, and supplemental security income. The United States Magistrate Judge has submitted a report recommending that the final decision of the Commissioner be AFFIRMED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 14, 2018 (Doc. 28), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner is **AFFIRMED** pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on June 29, 2018.

*[signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties